## RETURN OF SERVICE

**State of Florida**  
**County of SOUTHERN**

Case Number: 1:23-CV-23791-FAM

Plaintiff:  
**CHRISTON KNOWLES, AN INDIVIDUAL**

vs.

Defendant:  
**PRESTIGE AUTO MIAMI, LLC, ET AL.,**

For:  
JOSHUA FEYGIN, PLLC  
1930 HARRISON ST.  
STE 208F  
HOLLYWOOD, FL 33020

KDY2023048278

Received by KD PROCESS on the 5th day of October, 2023 at 12:20 pm to be served on **CIG FINANCIAL, LLC C/O ITS REGISTERED AGENT, CORPORATION SERVICE COMPANY, 1201 HAYS ST., TALLAHASSEE, FL 32301**.

I, Christopher Scott Kady, do hereby affirm that on the **6th day of October, 2023 at 12:00 pm, I:**

served a **CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE** Served the within named business entity by delivering a true copy of **SUMMONS, COMPLAINT, CIVIL COVER SHEET and EXHIBITS** to: **Chelsea Wang** as Service Liaison, an employee of the Registered Agent after confirming the Registered Agent was not in the office or was otherwise unavailable, pursuant to the requirements of Fla. Stat. 48.091, and informed said person of the contents therein, at **1201 Hays Street, Tallahassee, FL 32301.** on behalf of **CIG FINANCIAL, LLC**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 20, Sex: F, Race/Skin Color: Asian, Height: 5'2", Weight: 100, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525.  NOTARY NOT REQUIRED PURSUANT TO FS 92.525

Christopher Scott Kady  
Process Server #237

KD PROCESS  
2957 CAPITAL PARK DRIVE  
SUITE # 7  
TALLAHASSEE, FL 32301  
(850) 727-4363

Our Job Serial Number: KDY-2023048278