**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 1:23-cv-23791-FAM

CHRISTON KNOWLES,
An Individual,

    Plaintiff(s),
vs.

PRESTIGE AUTO MIAMI LLC,
A Florida limited liability company, and
CIG FINANCIAL,
a California limited liability company.

    Defendants.
_____/

**NOTICE OF SELECTION OF MEDIATOR**

    The mediation conference in this matter shall be held with TONY ROCA on April 09, 2024 starting at 10:00 am via remote means. The Zoom URL link shall be circulated by the mediator in advance of the mediation conference.

    **DONE AND ORDERED** this _____ day of January, 2024.

 

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record.