UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:23-cv-23791-FAM

CHRISTON KNOWLES,
An Individual,

       Plaintiff(s),

vs.

PRESTIGE AUTO MIAMI LLC,
A Florida limited liability company, and
CIG FINANCIAL,
a California limited liability company.

       Defendants.
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with TONY ROCA on April 09, 2024

starting at 10:00 am via remote means. The Zoom URL link shall be circulated by the mediator in

advance of the mediation conference.

**DONE AND ORDERED** this _17_ day of January, 2024.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record.