UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 23-23791-CIV-MORENO

CHRISTON KNOWLES, an individual

    Plaintiff,

vs.

PRESTIGE AUTO MIAMI LLC, a Florida limited liability company, and CIG FINANCIAL, a California limited liability company,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR WITHDRAWAL

THIS CAUSE came before the Court upon Motion for Leave to Withdraw as Counsel for Defendant (**D.E. 25**), filed on **March 13, 2024**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED.  Notice is hereby given to Defendants Prestige Auto Miami LLC and Cig Financial that a corporation may not represent itself.  *See National Indep. Theatre Exhibitors, Inc. v. Buena Vista Distrib. Co.*, 748 F.2d 602, 609 (11th Cir. 1984) (citing 28 U.S.C. § 1654 and holding that corporations must always be represented by counsel).  Defendants Prestige Auto Miami LLC and Cig Financial, therefore, cannot proceed to trial unless it obtains substitute counsel by **May 13, 2024**.  If no substitute counsel is obtained, the Court will allow Plaintiff Christon Knowles to move for entry of default judgment against Defendants.  Counsel for the Plaintiff shall forward a copy of this Order to Defendant Connect One Financial, LLC.

DONE AND ORDERED in Chambers at Miami, Florida, this 24th of April 2024.

*/s/ Federico A. Moreno*

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Prestige Auto Miami LLC
C/O REGISTERED AGENT, LS ADVISORY GROUP
11098 Biscayne Blvd.
#206
Miami, FL 33161

Cig Financial

Counsel of Record