UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 23-23791-CIV-MORENO

CHRISTON KNOWLES,

        Plaintiff,

vs.

PRESTIGE AUTO MIAMI LLC, A Florida
limited liability company,

        Defendant.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE came before the Court upon Plaintiff's Motion for Sanctions as to Defendant Prestige Auto Miami, LLC (**D.E. 4**), filed on **April 19, 2024**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises. On **April 9, 2024**, Defendant Prestige Auto Miami, LLC failed to appear to the scheduled mediation with someone authorized to conduct the mediation. Therefore, it is

ADJUDGED that Defendant Prestige Auto Miami, LLC must file a response with the Court no later than **May 13, 2024**, to show cause for failure to attend mediation. If Defendant Prestige Auto Miami, LLC fails to file such response, then the Court shall enter Default.

DONE AND ORDERED in Chambers at Miami, Florida, this 24th of April 2024.

*Federico A. Moreno*

_____
      FEDERICO A. MORENO
      UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record