UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 23-23791-CIV-MORENO

CHRISTON KNOWLES,

        Plaintiff,

vs.

PRESTIGE AUTO MIAMI LLC, A Florida
limited liability company,

        Defendant.

_____/

## DEFAULT FINAL JUDGMENT

THIS CAUSE came before the Court upon Motion for Entry of Final Judgment Against Defendant Prestige Auto Miami, LLC. After Default **(D.E. 41)**, filed on **June 3, 2024**.

THE COURT has considered the motion and the pertinent portions of the record, and is otherwise fully advised in the premises. A default has been entered against Defendant PRESTIGE AUTO MIAMI LLC, for failure to answer or otherwise plead to the Summons and Complaint served by Plaintiff. Counsel for Plaintiff filed an Affidavit with the Court as to the amount due from Defendants. Accordingly, it is

**ADJUDGED** that the Motion for Default Final Judgment is **GRANTED**. Judgment is hereby entered in favor of Plaintiff CHRISTON KNOWLES and against Defendant PRESTIGE AUTO MIAMI LLC. It is further

**ADJUDGED** that Plaintiff shall recover from Defendant PRESTIGE AUTO MIAMI LLC compensatory damages in the amount of the minimum statutory damages of $10,000 together with pre-judgment and post-judgment interest; and an award of attorney fees and costs pursuant to costs pursuant to 15 U.S.C. Section 1640 and 49 U.S.C. § 32710(b) in an amount to

be determined upon subsequent application by Plaintiff.  Interest shall accrue on this judgment pursuant to 28 U.S.C. §1961.  For which sum let execution issue.

DONE AND ORDERED in Chambers at Miami, Florida, this 13th of August, 2024.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record