AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

|  |  |  |
|---|---|---|
|  | ) ) |  |
| v. | ) | Case No.: |
|  | ) ) |  |

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____ against _____ ,
                                                       *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $_____ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | _____ |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | _____ |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| TOTAL | $_____ |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

     I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

     ❒    Electronic service       ❒    First class mail, postage prepaid

     ❒    Other: _____

     s/ Attorney: _____

          Name of Attorney: _____

For: _____ Date: _____
                                        *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

                                                                 By:
_____      _____      _____
            *Clerk of Court*                                             *Deputy Clerk*                       *Date*

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | TOTAL | |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

<div align="center">

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

Case No. 1:23-cv-23791-FAM

</div>

CHRISTON KNOWLES,
An Individual,

     Plaintiff(s),

vs.

PRESTIGE AUTO MIAMI LLC,
A Florida limited liability company, and
CIG FINANCIAL, LLC,
a California limited liability company.

     Defendants.
_____/

<div align="center">

**ITEMIZATION OF COSTS**

</div>

1. $632.50 Expert Witness Fee of Attorney Robert Murphy
2. $400.00 Mediation Fee
3. $30.00 Service of Process Fee (Prestige)
4. $61.00 Service of Process Fee (CIG Financial)
5. $30.00 Service of Process Fee (Manheim Subpoena)
6. $9.65 USPS Priority Mail Label
7. $0.66 x2 USPS First Class Mail postage (no receipt- stamps purchased in bulk)



# INVOICE

Invoice # 6656
Date: 04/09/2024
Due Upon Receipt

6303 Blue Lagoon Drive, Suite 400
Miami, FL 33126
Phone: (305) 771-3529
Fax: (305) 709-0585
Email: info@rocalaw.com
www.rocalaw.com

Sue Your Dealer – A Law Firm
1930 Harrison Street Suite 208F
Hollywood, FL 33020

## 03613 - MEDIATION - Christon Knowles v. PRESTIGE AUTO MIAMI LLC and CIG FINANCIAL1:23-cv-23791-FAM

| Date | Notes | Quantity | Rate | Total |
| --- | --- | --- | --- | --- |
| 04/09/2024 | Civil Mediation: FLSD - Minimum Fees - Plaintiff's Share | 2.00 | $200.00 | $400.00 |
| | | | Subtotal | $400.00 |
| | | | Total | $400.00 |

Please make all amounts payable to:

The Roca Law Firm, P.A.

Online payments, including via ACH/eCheck, may be made at http://pay.rocalaw.com/

Our Tax ID Number is 26-4151392.

Payment is due upon receipt.

KD PROCESS
2957 CAPITAL PARK DRIVE
SUITE # 7
TALLAHASSEE, FL 32301
Phone: (850) 727-4363

# STATEMENT

6/1/2024

JOSHUA FEYGIN, PLLC
1930 HARRISON ST.
STE 208F
HOLLYWOOD, FL 33020

Phone: (954) 228-5674

Statement covers Unpaid Invoices through 5/31/2024.

| Invoice | Client Job Number | Inv. Date | Person Served | Amount | Status |
|---|---|---|---|---|---|
| **2023059000** | | **12/5/2023** | **Manheim Remarketing, Inc., D/B/A Manheim** | **$30.00** | **PAST120** |

CHRISTON KNOWLES, AN INDIVIDUAL
PRESTIGE AUTO MIAMI, LLC, ET AL.,
Case: 1:23-CV-23791-FAM SOUTHERN Ref:

| | | | |
|---|---|---|---|
| Service Fee | 1.00 | 30.00 | $30.00 |

[redacted]

**STATEMENT: JOSHUA FEYGIN, PLLC**                                                                                     **6/1/2024**

| Invoice | Client Job Number | Inv. Date | Person Served | Amount | Status |
|---------|-------------------|-----------|---------------|--------|--------|



Payments can be made by visiting

KD PROCESS
2957 CAPITAL PARK DRIVE
SUITE # 7
TALLAHASSEE, FL 32301
Phone: (850) 727-4363

**STATEMENT**

11/1/2023

JOSHUA FEYGIN, PLLC
1930 HARRISON ST.
STE 208F
HOLLYWOOD, FL 33020

Phone: (954) 228-5674

Statement covers Unpaid Invoices through 10/31/2023.

| Invoice | Client Job Number | Inv. Date | Person Served | Amount | Status |
|---|---|---|---|---|---|
| [redacted] | | | | | |
| **2023048278** | | **10/6/2023** | **CIG FINANCIAL, LLC** | **$30.00** | **Current** |

CHRISTON KNOWLES, AN INDIVIDUAL
PRESTIGE AUTO MIAMI, LLC, ET AL.,
Case: 1:23-CV-23791-FAM SOUTHERN Ref:

| | | | |
|---|---|---|---|
| Service Fee | 1.00 | 30.00 | $30.00 |

[redacted]

**STATEMENT: JOSHUA FEYGIN, PLLC**            **11/1/2023**

Payments can be made by visiting ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| Caplan, Caplan & Caplan Process Serve<br>12505 Orange Drive<br>Suite 907<br>Davie, FL 33330<br>Phone: (305) 374-3426<br>Fax: (305) 854-4847 | **INVOICE** | Invoice #CPN-2023037755<br>10/10/2023  |
|---|---|---|

Joshua Feygin
JOSHUA FEYGIN, PLLC
1930  HARRISON ST
#208F
HOLLYWOOD, FL 33020

**Case Number: SOUTHERN 1:23-CV-23791-FAM**

Plaintiff:
**CHRISTON KNOWLES, AN INDIVIDUAL,**

Defendant:
**PRESTIGE AUTO MIAMI LLC, ET. AL.**

Received: 10/5/2023   Served: 10/9/2023 1:00 pm  LLC SERVICE - RA
To be served on: PRESTIGE AUTO MIAMI LLC C/O ITS REGISTERED AGENT, LS ADVISORY GROUP

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---:|---:|---:|
| ORIGINAL FEE | 1.00 | 60.00 | 60.00 |
| E-FILING FEE | 1.00 | 1.00 | 1.00 |
| TOTAL CHARGED: | | | $61.00 |

**BALANCE DUE:** $61.00

Payments can be made online at:
CaplanandCaplan.com (a $5 service fee will apply)

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n

Page 1 / 1

# Click-N-Ship®

Create a Label  Preferences  Shipping History  Address Book  Shipping Cart (0)

[Back to Shipping History](#)

## Label # 9405503699300575828886

### Terms

**Acceptance Cutoff**
07/14/2023
6:00 PM

**Acceptance Time**
No Data

**Expected Date**
07/15/2023
11:59 PM

**Delivery Status**
No Data

### Details

**Account Number**
132226203

**Return Address**
JOSHUA E FEYGIN
1930 HARRISON ST
HOLLYWOOD, FL 33020

**Delivery Address**
PRESTIGE AUTO MIAMI
201 SW 37TH AVE
MIAMI, FL
33135-1024

**Order Number**
591755299

**Transaction Type**
LABEL

**Payment Method**
████████████████

**Payment Status**
Account Charged

**Package**
Ship Date: 07/14/2023
From: 33020

**Service Type**
Priority Mail®
Flat Rate Envelope

| Service Type | Price |
|---|---|
| Priority Mail® Flat Rate Envelope | $9.65 |
| **Label Total** | **$9.65** |

### More Actions

USPS Tracking®
Ship Again

### Need Help?

File an insurance claim
Request A Service Refund

| Time Stamp | Message |
|---|---|
| 07-14-2023 15:32:36 | LABEL PRINTED |
| 07-14-2023 15:32:26 | Getting Payment |
| 07-14-2023 15:32:09 | Setting Payment |

Feedback